UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEP AMERICA LLC; and WAKEFIELD & ASSOCIATES, LLC,<br><br>　　　　Defendants. | Case No. 1:24-cv-01281-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW DEFENDANT CEP AMERICA LLC'S MOTION TO DISMISS AND EXTEND ITS DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Hon. Jennifer L. Thurston<br>Ctrm:　　4, 7th Floor<br><br>Magistrate Judge　Hon. Barbara A. McAuliffe<br>Ctrm.:　　8, 6th Floor |

-1-

Upon consideration of Plaintiff Maria Moreno and Defendant CEP America LLC's ("CEP") Stipulation to Withdraw Defendant CEP America LLC's Motion to Dismiss and Extend Its Deadline to Respond to the Complaint (the "Stipulation"), and good cause appearing, the Court GRANTS the Stipulation and ORDERS as follows:

1. CEP's Motion to Dismiss Plaintiff's Complaint (ECF No. 14) is hereby withdrawn.

2. The hearing on the Motion to Dismiss set for February 21, 2025 at 9:00 a.m. is vacated.

3. CEP's deadline to respond to Plaintiff's complaint is January 31, 2025.

IT IS SO ORDERED.

Dated: **December 20, 2024**             /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE