UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MORENO,<br><br>            Plaintiff,<br><br>    v.<br><br>CEP AMERICA LLC; and WAKEFIELD & ASSOCIATES, LLC,<br><br>            Defendants. | Case No. 1:24-cv-01281-JLT-BAM<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES<br><br>Hon. Jennifer L. Thurston<br>Ctrm:     4, 7th Floor<br><br>Magistrate Judge  Hon. Barbara A. McAuliffe<br>Ctrm.:    8, 6th Floor |

1   Upon consideration of Plaintiff Maria Moreno, Defendant CEP America LLC, and
2 Defendant Wakefield & Associates, LLC's Stipulation to Continue the Initial Scheduling
3 Conference and Related Deadlines (the "Stipulation"), and good cause appearing, the Court
4 GRANTS the Stipulation and ORDERS as follows:
5   The Initial Scheduling Conference currently set for January 30, 2025 is CONTINUED
6 to **March 4, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A.**
7 **McAuliffe**.  The parties shall file a joint scheduling report on or before February 25, 2025.  The
8 parties shall appear at the conference remotely either via Zoom video conference or Zoom
9 telephone number. The parties will be provided with the Zoom ID and password by the Courtroom
10 Deputy prior to the conference. The Zoom ID number and password are confidential and are not to
11 be shared. Appropriate court attire required.  All other deadlines, including the deadlines set by
12 Federal Rule of Civil Procedure 26(f) are continued based on the new Scheduling Conference
13 date.

15 IT IS SO ORDERED.

16   Dated:   **January 10, 2025**          /s/ *Barbara A. McAuliffe*
17                             UNITED STATES MAGISTRATE JUDGE