**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA MORENO, <br><br> Plaintiff, <br><br> vs. <br><br> WAKEFIELD & ASSOSICATES, LLC. <br><br> Defendant. | Case No. 1:24-cv-01281-JLT-BAM <br><br> [Proposed] **ORDER GRANTING JOINT MOTION FOR FUTHER EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |

Based on the Joint Motion of the parties, Plaintiff Maria Moreno and Defendant Wakefield & Associates, LLC ("Wakefield"), for a further extension of time for Wakefield to respond to the Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED:

Wakefield shall have an extension of time to, and including **January 31, 2025**, to respond to the Complaint.

IT IS SO ORDERED.

Dated:  **January 21, 2025**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE